IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| iCall, Inc., | NO. C 10-02206 JW |
| Plaintiffs<br>v. | **ORDER ADVANCING HEARING ON VARIOUS MOTIONS** |
| Reliance Commc'n Limited, et al., | |
| Defendants. | |

On July 16 and 18, 2010, the parties in the above entitled case filed various Motions noticed for hearing on August 23, 2010. (See Docket Item Nos. 28, 29, 30, 33.) Due to the Court's unavailability on August 23, the Clerk of Court continued the hearing on these Motions to the next available calendar, November 29, 2010. (Docket Item No. 34.)

In light of the potentially dispositive nature of the Motions and impact of Plaintiff's Motion for Preliminary Injunction, the Court finds good cause to advance the hearing on the Motions to **September 13, 2010 at 9 a.m.**  Accordingly, the Court sets the following shorten briefing schedule:

(1) All Oppositions shall be filed on or before **August 26, 2010.**

(2) Replies, if any, shall be filed on or before **August 30, 2010.**

Dated: August 19, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Carreon chas@charlescarreon.com
Dylan Ruga druga@steptoe.com
Michael Richard Heimbold mheimbold@steptoe.com

**Dated:  August 19, 2010**                                         **Richard W. Wieking, Clerk**

                                                                                   **By:      /s/ JW Chambers
                                                                                           Elizabeth Garcia
                                                                                           Courtroom Deputy**