# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICALL, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>RELIANCE COMMUNICATIONS LIMITED,<br><br>   Defendants. | Case No.: CV 10-2206 JW (HRL)<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to the stipulation of the parties, and good cause appearing therefor, the Case Management Conference previously scheduled for August 30, 2010 at 10:00 a.m. is CONTINUED to September 13, 2010 at 10:00 a.m. in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: August 23, 2010

_James Ware_
James Ware
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE