# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICALL, INC., | Case No.: CV 10-2206 JW(HRL) |
| Plaintiff, | [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE RESPONSE TO COUNTERCLAIM |
| vs. | |
| RELIANCE COMMUNICATIONS LIMITED, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that plaintiff iCall, Inc.'s time to respond to the Counterclaim of Defendants Reliance Communications International, Inc. and Reliance Globablcom Services, Inc. is extended to and until November 12, 2010 and it is further ORDERED that a settlement conference shall be held in New York City on November 4, 2010.

Dated: October 25, 2010

James Ware
UNITED STATES DISTRICT COURT JUDGE