1  CHARLES CARREON, ESQ. (127139)
   Attorney for Plaintiff iCall, Inc.
2  2165 S. Avenida Planeta
   Tucson, Arizona 85710
3  Tel: 520-841-0835
   Fax: 520-843-2083
4  Email: chas@charlescarreon.com



11/15/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICALL, INC., | Case No.: CV 10-2206 JW(HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE STAY OF PROCEEDINGS FOR SETTLEMENT PURPOSES |
| vs. | |
| RELIANCE COMMUNICATIONS LIMITED, ET AL, | |
| Defendants. | |

   WHEREAS, Plaintiff and Defendants participated in a voluntary settlement conference on November 4, 2010 and are in the process of trying to resolve the disputes in this litigation; and

   WHEREAS, the Parties wish to stay all deadlines, proceedings and discovery in this matter for forty (40) days in an effort to resolve their differences.

   IT IS HEREBY ORDERED that

   All activity in this case is stayed.  If the parties have not reached a settlement by December 20, 2010, the parties shall submit a proposed revised schedule for the completion of

jurisdictional discovery and any objections to same by that date. Plaintiff's response to the pending counterclaim shall be due on or before January 5, 2011.

Dated: November 10, 2010                    CHARLES CARREON, ESQ.


s/Charles Carreon/s
Charles Carreon (CSB 127139)
Attorney for Plaintiff iCall, Inc.

Dated: November 10, 2010                    STEPTOE & JOHNSON LLP


s/Michael J. Allan/
Michael J. Allan
Attorney for Defendants
Reliance Communications Limited,
Reliance Communications International, Inc.,
Reliance Communications (U.K.) Ltd., and
Reliance Globalcom Services, Inc.

IT IS SO ORDERED AS MODIFIED .

The Court continues the Interim Case Management Conference currently set for December 13, 2010 to **January 24, 2011 at 10:00 AM.** On or before **January 14, 2011**, the parties shall file a Joint Case Management Conference updating the Court on the status of the parties' settlement efforts.

Dated: November 15, 2010

JAMES WARE
United States District Judge