Michael R. Heimbold (CA Bar No. 173981)
(mheimbold@steptoe.com)
Dylan Ruga  (CA Bar No. 235969)
(druga@steptoe.com)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone: (310) 734-3200
Fax: (310) 734-3300

Michael J. Allan (admitted *pro hac vice*)
(mallan@steptoe.com)
Rachel M. Hofstatter (admitted *pro hac vice*)
(rhofstatter@steptoe.com)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone :  (202) 429-3000
Fax :  (202) 429-3902
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ICALL, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>RELIANCE COMMUNICATIONS LIMITED, ET AL,<br><br>        Defendants.<br>_____<br>RELIANCE COMMUNICATIONS INTENRATIONAL, INC. and RELIANCE GLOBALCOM SERVICES, INC.,<br><br>        Counter-Plaintiffs,<br><br>    vs.<br><br>ICALL, INC.<br><br>        Counter-Defendant. | Case No.: CV 10-2206 JW(HRL)<br><br>**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>**Case Management Conf.: January 24, 2011**<br>**Time:**                    **10:00 AM**<br>**Place:**                      **Courtroom 8** |

1  **IT IS HEREBY ORDERED** that the Stipulation is granted as follows:

2      1.    Counter-Plaintiffs hereby dismiss the Counterclaim.

3      2.    Each party shall bear its own fees and costs.

4

5  IT IS SO ORDERED.

6

7  DATED: January 10, 2011    _____

8                                  The Honorable James Ware
                                UNITED STATES DISTRICT CHIEF JUDGE

1
[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF COUNTERCLAIMS
CV 10-2206 JW(HRL)