CHARLES CARREON, ESQ. (127139)
Attorney for Plaintiff iCall, Inc.
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel:  520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ICALL, INC., | Case No.: CV 10-2206 JW(HRL) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL OF CLAIMS PURSUANT TO FED. R. CIV. P. 41(A)(1) |
| RELIANCE COMMUNICATIONS LIMITED, ET AL, | |
| Defendants. | **Case Management Conf.: January 24, 2011**<br>**Time:             10:00 AM**<br>**Place:            Courtroom 8** |
| RELIANCE COMMUNICATIONS INTENRATIONAL, INC. and RELIANCE GLOBALCOM SERVICES, INC., | |
| Counter-Plaintiffs, | |
| vs. | |
| ICALL, INC. | |
| Counter-Defendant. | |

**IT IS HEREBY ORDERED** that the Stipulation is granted as follows:

1. Plaintiff hereby dismisses all claims in its Second Amended Complaint against Defendants with prejudice.

2. Each party shall bear its own fees and costs.

IT IS SO ORDERED.   The Clerk shall close this file.

DATED:  __January 10, 2011____     _____/s/ James Ware_____
                                    The Honorable James Ware
                                    UNITED STATES DISTRICT CHIEF JUDGE